THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| **TERESA DE JESUS ARCE ARIAS,** <br><br> **Plaintiff,** <br><br> v. <br><br> **UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,** <br><br> **Defendants.** | **ORDER** <br><br><br> **Case No. 2:25-cv-00938-JCB** <br><br><br> **Magistrate Judge Jared C. Bennett** |

Before the court is Defendants' stipulated motion to extend the deadline for them to respond to Plaintiff's complaint.[1] For the reasons set forth in the motion, for good cause shown, and based upon the parties' stipulation, the court GRANTS the motion. Accordingly, the court HEREBY ORDERS that the deadline for Defendants to respond to Plaintiff's complaint is extended to February 6, 2026.

IT IS SO ORDERED.

DATED this 23rd day of December 2025.

BY THE COURT:

JARED C. BENNETT
United States Magistrate Judge

---

[1] ECF No. 21.